IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EVE MELMON and MARK BUSH, for
himself and as Father and Next Friend;
G.B., a minor; and R.B., a minor,

       Plaintiffs,

vs.                                          Civ. No. 10-1122 WDS/RHS

ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY, a foreign
corporation doing business in New Mexico,
CAROL ANDERSON; JUDITH ANN
SHACKLEFORD, and DOES 1-10,

       Defendants.

## ORDER GRANTING MOTION TO SEAL
## INITIAL DOCUMENTS

       **THIS MATTER** comes before the Court on Plaintiffs' Motion to Seal Initial Documents [docket no. 4]. The Court has now considered the Motion and concludes that the Plaintiffs inadvertently provided the full names of the minor children of Eve Melmon and Mark Bush and that the children should properly be referred to as G.B. and R.B.

       **IT IS THEREFORE ORDERED** that Plaintiffs' Motion to Seal Initial Documents [docket no. 4] is hereby granted and the Clerk of the Court is directed to seal the initial documents and restrict access thereto except upon the express and written order of this Court.

       **IT IS FURTHER ORDERED** that Plaintiffs be allowed to file their amended complaint referring to the minor children of the Plaintiffs as G.B. and R.B.

                                                               */s/ Robert Hayes Scott*
                                                       ROBERT HAYES SCOTT
                                                       UNITED STATES MAGISTRATE JUDGE