IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EVE MELMON and MARK BUSH,
for himself and as Father and Next Friend
of G.B., a minor; and R.B. a minor,

Plaintiffs,

v.                                    No. 10-CV-01122 WDS/RHS

ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY, a foreign corporation
doing business in New Mexico, CAROL ANDERSON,
JUDITH ANN SHACKELFORD, and DOES 1-10,

Defendants.

STIPULATED ORDER EXTENDING TIME FOR PLAINTIFFS' RESPONSE
TO SHACKELFORD MOTION FOR SUMMARY JUDGMENT (Doc. 63)

This matter came before the Court upon the stipulated motion of the Parties to extend the time for Plaintiffs' Response to Defendant Judith Ann Shackelford's Motion for Summary Judgment. Having reviewed the motion and finding it well-taken, the Court orders that Plaintiffs shall have until 21 calendar days after receipt of their copy of the transcript of Judith Ann Shackelford's deposition in which to file their Response to Mrs. Shackelford's Motion for Summary Judgment. Defendants' Reply, if any, shall be due in the usual time thereafter, followed by a Notice of Completion of Briefing.

IT IS SO ORDERED.

_____
W. DANIEL SCHNEIDER
MAGISTRATE JUDGE

Approved:

Attorney for Defendant Shackelford:
s/

_____
RIPLEY B. HARWOOD
Attorneys for Plaintiffs:
Approved via email

_____
Barry D. Williams, Esq.
James T. Reist, Esq.
Richard Alexander, Esq.
Ryan M. Hagan, Esq.
Attorneys for co-Defendant Anderson:
Approved via email

_____
Stephen M. Simone, Esq.